IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              **NOTICE**

v.                                             Case No. 2:17-cr-164(17)

                                                   Judge Edmund A. Sargus, Jr.

**JUAN FLORES-CASTRO**,

        Defendant.

MOTION TO WITHDRAW RULE 15 DEPOSITION REQUEST

Now comes the Defendant, Juan Flores-Castro, by and through his attorneys, Bradley Davis Barbin and Terry K. Sherman, and hereby withdraws its previously filed Motion to Depose Fabian Posadas-Mejia, pursuant to Federal Rule of Criminal Procedure 15, based upon additional investigation and interviews.

Respectfully submitted,

                                                        /s/ Bradley Davis Barbin
                                                        Bradley Davis Barbin (0070298)
                                                        52 West Whittier Street
                                                        Columbus, Ohio 43206
                                                        (614) 445-8416
                                                       bbarbin@barbinlaw.com


                                                                /s/ Terry K. Sherman
                                                      Terry K. Sherman (0002417)
                                                        52 W. Whitter St.
                                                       Columbus, Ohio 43206
                                                       (614) 444-8800
                                                       tkshermanlaw@gmail.com


                                                       Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of the forgoing was served through the Court's ECF/PACER system upon the following:

Brian Martinez, Assistant United States Attorney
303 Marconi Blvd, Suite 200 Columbus, OH 43215

Noah Linton, Assistant United States Attorney
303 Marconi Blvd, Suite 200 Columbus, OH 43215

on this 13th day of April, 2020.

Respectfully submitted,

/s/ Terry K. Sherman

Terry K. Sherman (0002417)
52 W. Whitter St.
Columbus, Ohio 43206
(614) 444-8800
tkshermanlaw@gmail.com

/s/ Bradley Davis Barbin

Bradley Davis Barbin (0070298)
52 W. Whittier St.
Columbus, Ohio 43206
(614) 445-8416
bbarbin@barbinlaw.com

Attorneys for Defendant