UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**JUAN PABLO FLORES-CASTRO,**

        **Defendant.**

Case No. 2:17-CR-164(17)
JUDGE EDMUND A. SARGUS, JR.

## ORDER

Defendant Juan Pablo Flores-Castro has filed an unopposed motion to withdraw his motion filed under 28 U.S.C. § 2255. (ECF No. 1485.) For the reasons set forth in that motion, the Court **GRANTS** it (ECF No. 1485) and **DIRECTS** the Clerk to withdraw the motion filed under § 2255 (ECF No. 1467).

    IT IS SO ORDERED.

**3/2/2023**                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                              **UNITED STATES DISTRICT JUDGE**